IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY STANLEY KNOWS HIS GUN,<br><br>Defendant. | CR 14-40-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the final hearing on revocation of supervised release scheduled for Wednesday, October 17, 2018 at 1:30 p.m., is **VACATED** and reset to commence on **Wednesday, October 24, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 2nd day of October, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1